IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 3: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| VICKIE MILLER | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-2413 |
| | ) | Judge Breen |
| v. | ) | |
| | ) | |
| NIPPON CARBON COMPANY, LTD., | ) | |
| MITSUBISHI LOGISTICS CORPORATION, | ) | |
| MITSUBISHI LOGISTICS AMERICA | ) | |
| CORPORATION AND YANG MING | ) | |
| MARINE TRANSPORT CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

On this day came on for consideration Defendants' Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and the Court having considered same, is of the opinion that Defendants' Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that Defendants shall have until June 30, 2005 to file their Answers or otherwise respond to Plaintiff's Complaint.

S. Thomas Anderson USMJ
United States ~~District Judge~~

06-16-05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05

M TFB 885235 v1
2790973-000001 06/10/05

③

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02413 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kenneth I. Schacter
Bingham McCutchen, LLP.
399 Park Avenue
New York, NY 10022--468

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Norman Choi
Yang Ming Marine Transport Corporation
271 Ming De 1st Road
Chidu, Keelung   206,

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT