IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
N14186/47965
05 JUN 30 PM 3:57
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICKIE MILLER,

      Plaintiff,

v.                                                                                  NO. 05-2413B/An

NIPPON CARBON COMPANY, LTD.,
MITSUBISHI LOGISTICS CORPORATION,
MITSUBISHI LOGISTICS AMERICA
CORPORATION AND YANG MING
MARINE TRANSPORT CORPORATION,

      Defendant.

## ORDER GRANTING MOTION FOR ADMISSION OF
## KENNETH I. SCHACTER PRO HAC VICE

Upon consideration of the Motion for Admission of Kenneth I. Schacter *Pro Hac Vice*, it is

ORDERED that the motion is hereby granted and that Kenneth I. Schacter is hereby admitted *pro hac vice* to practice and participate in this particular case.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/30/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02413 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Shannon E. Holbrook
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kenneth I. Schacter
Bingham McCutchen, LLP.
399 Park Avenue
New York, NY 10022--468

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Norman Choi
Yang Ming Marine Transport Corporation
271 Ming De 1st Road
Chidu, Keelung   206,

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT