IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [signature] D.C.
05 JUL -6 PM 3: 17
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICKIE MILLER,

Plaintiff,

v. No. 05-2413 B A

NIPPON CARBON COMPANY, LTD.; MITSUBISHI LOGISTICS CORPORATION; MITSUBISHI LOGISTICS AMERICA CORPORATION; and YANG MING MARINE TRANSPORT CORPORATION,

Defendants.

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO YANG MING MARINE TRANSPORT CORPORATION TO RESPOND TO COMPLAINT

This matter came before the Court upon the Motion of Yang Ming Marine Transport Corporation to enlarge the time within which it may file a responsive pleading to Plaintiff's Complaint herein. It appears to the Court that good cause has been shown and that the motion of Defendant Yang Ming Marine Transport Corporation is well-taken and should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05

(17)

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendant Yang Ming Marine Transport Corporation may have an additional extension of time up to and including July 15, 2005 within which to file its response to the Complaint in this cause.

S. Thomas Anderson WMT
UNITED STATES ____________ JUDGE

DATE: July 05, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02413 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Shannon E. Holbrook
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Norman Choi
Yang Ming Marine Transport Corporation
271 Ming De 1st Road
Chidu, Keelung 206,

Kenneth I. Schacter
Bingham McCutchen, LLP.
399 Park Avenue
New York, NY 10022--468

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable J. Breen
US DISTRICT COURT