IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ____ D.C.

05 AUG -2 PM 4: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICKIE MILLER,

    Plaintiff,

vs.                                                                 No. 05-2413 B/A

NIPPON CARBON COMPANY, LTD.,
MITSUBISHI LOGISTICS CORPORATION,
MITSUBISHI LOGISTICS AMERICA
CORPORATION and YANG MING
MARINE TRANSPORT CORPORATION,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE THE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE came on to be heard upon the written motion of Plaintiff to enlarge the time within which she may respond to Motions to Dismiss filed by Defendants Nippon Carbon Company, Ltd. and Mitsubishi Logistics Corporation, from on or before August 2, 2005, until on or before August 22, 2005.

It appearing to the Court that good cause exists for Plaintiff's Motion and that Defendants' counsel does not oppose Plaintiff's Motion,

IT IS, THEREFORE, ORDERED that Plaintiff be, and is hereby, granted the time within which she may respond to Defendants' Motions to Dismiss from on or before August 2, 2005, until on or before August 22, 2005.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-3-05

All other matters are reserved.

                               _____
                               U.S. DISTRICT COURT JUDGE
                               DATE: 8/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02413 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Shannon E. Holbrook
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Dennis R. Baer
BAER BAER & BAER
100 N. Main Street
Ste. 2510
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

J. Mark Griffee
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kenneth I. Schacter
Bingham McCutchen, LLP.
399 Park Avenue
New York, NY 10022--468

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Joel H. Porter
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT