IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 20 PM 5: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICKIE MILLER,

    Plaintiff,

vs.                                                              No. 05-2413 B A

NIPPON CARBON COMPANY, LTD.,
MITSUBISHI LOGISTICS CORPORATION,
MITSUBISHI LOGISTICS AMERICA
CORPORATION and YANG MING
MARINE TRANSPORT CORPORATION,

    Defendants.

And

YANG MING MARINE TRANSPORT
CORPORATION,

    Third-Party Plaintiff,

vs.

INTERMODAL CARTAGE CO., INC.,

    Third-Party Defendants.

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

This cause came on to be heard upon the written motion of Plaintiff Vickie Miller to allow her to amend her Complaint to add claims against a new Defendant, Morohoshi Freightage, Ltd.

It appearing to the Court that good cause exists for Plaintiff's Motion, and that counsel for the present Defendants do not oppose Plaintiff's Motion,

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



IT IS, THEREFORE, ORDERED that Plaintiff be, and is hereby, granted leave to file the Amended Complaint previously attached as an exhibit to Plaintiff's Motion. All other matters are reserved.

S. Thomas Anderson
U.S. DISTRICT COURT JUDGE

DATE: October 20, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CV-02413 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Dennis R. Baer
BAER BAER & BAER
100 N. Main Street
Ste. 2510
Memphis, TN 38103

Kenneth I. Schacter
Bingham McCutchen, LLP.
399 Park Avenue
New York, NY 10022--468

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Shannon E. Holbrook
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

J. Mark Griffee
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Joel H. Porter
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT